# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>HAMILTON, CLYDE H. | 2. Court or Organization<br><br>US COURT OF APPEALS - 4TH CIR. | 3. Date of Report<br><br>03/31/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US CIRCUIT JUDGE-Senior Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |

| 7. Chambers or Office Address<br><br>BANK OF AMERICA PLAZA<br>1901 MAIN ST., SUITE 1250<br>COLUMBIA, SC 29201-2435 |
|---|
| **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.* |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | No Refund on 2013 Federal Income Tax Return | |
| 2. | 04/18/2014 | Refund on 2013 Income Tax Return: South Carolina Department of Revenue | $4,276.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | Self-Employed Interior Designer; Pulliam-Morris Decorating Company, Inc. and Eclexion division (interior design with on-premises retail sales) |
| 2. | | Salary and Commissions |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 03/31/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. PORTFOLIO I -- IRA | | | | | | | | | |
| 2. | | | | | | | | | |
| 3. CHARLES SCHWAB INSTITUTIONAL -- Self-Directed: | | | | | | | | | |
| 4. | | | | | | | | | |
| 5. SCH ADV RESRV PREM MONEY MARKET FUND | None | | K | T | | | | | |
| 6. | | | | | | | | | |
| 7. AGL RES, INC. (common stock) | A | Dividend | J | T | | | | | |
| 8. | | | | | | | | | |
| 9. CHEVRON CORPORATION (common stock) | B | Dividend | K | T | | | | | |
| 10. | | | | | | | | | |
| 11. PROCTOR & GAMBLE CO. (common stock) | B | Dividend | K | T | | | | | |
| 12. | | | | | | | | | |
| 13. IBM CORP. (common stock) | A | Dividend | K | T | | | | | |
| 14. | | | | | | | | | |
| 15. JOHNSON & JOHNSON (common stock) | B | Dividend | K | T | | | | | |
| 16. | | | | | | | | | |
| 17. PEPSICO INCORPORATED (common stock) | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 03/31/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ **NONE** *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | | | | | |
| 19. ALTRIA GROUP, INC. (common stock) | A | Dividend | J | T | | | | | |
| 20. | | | | | | | | | |
| 21. PHILIP MORRIS INTERNATIONAL, INC. (common stock) | B | Dividend | K | T | | | | | |
| 22. | | | | | | | | | |
| 23. SCANA CORP. (common stock) | B | Dividend | L | T | | | | | |
| 24. | | | | | | | | | |
| 25. NEXTERA ENERGY, INC. (common stock) | B | Dividend | K | T | | | | | |
| 26. | | | | | | | | | |
| 27. CONOCOPHILLIPS (common stock) | A | Dividend | | | Sold | 09/24/14 | K | D | |
| 28. | | | | | | | | | |
| 29. NORFOLK SOUTHERN CORP. (common stock) | B | Dividend | L | T | | | | | |
| 30. | | | | | | | | | |
| 31. WALGREEN COMPANY (common stock) | A | Dividend | | | Merged (with line 33) | 12/31/14 | K | | See below. |
| 32. | | | | | | | | | |
| 33. WALGREEN BOOTS ALLIANCE (common stock) | | | K | T | | 12/31/14 | K | | See above Line 31. |
| 34. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 03/31/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. AUTOMATIC DATA PROCESSING (common stock) | A | Dividend | K | T | | 10/01/14 | J | C | Spin-off to CDK Global, |
| 36. | | | | | | | | | Inc. See below. |
| 37. CDK GLOBAL, INC. (common stock) | A | Dividend | J | T | Spinoff (from line 35) | 10/01/14 | J | | See above Line 35. |
| 38. | | | | | | | | | |
| 39. WASTE MANAGEMENT, INC. DEL (common stock) | A | Dividend | K | T | | | | | |
| 40. | | | | | | | | | |
| 41. AT&T, Inc. (common stock) | B | Dividend | K | T | | | | | |
| 42. | | | | | | | | | |
| 43. DOMINION RESOURCES, INC. VA NEW (common stock) | B | Dividend | L | T | | | | | |
| 44. | | | | | | | | | |
| 45. DEERE & CO. (common stock) | A | Dividend | | | Sold | 09/24/14 | J | A | |
| 46. | | | | | | | | | |
| 47. AMERICAN ELECTRIC POWER CO., INC. (common stock) | B | Dividend | K | T | | | | | |
| 48. | | | | | | | | | |
| 49. VISA INC CL A (common stock) | A | Dividend | K | T | | | | | |
| 50. | | | | | | | | | |
| 51. NEW BUYS IN 2014: | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 03/31/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. SCHLUMBERGER LTD. (common stock) | A | Dividend | J | T | Buy | 07/01/14 | J | | |
| 53. | | | | | | | | | |
| 54. END PORTFOLIO I -- | | | | | | | | | |
| 55. | | | | | | | | | |
| 56. BANK OF AMERICA CORPORATION ▬▬▬ account) | | None | L | T | | | | | |
| 57. | | | | | | | | | |
| 58. JOHN HANCOCK LIFE INSURANCE COMPANY (USA) (UNIVERSAL | | | | | | | | | |
| 59. LIFE INSURANCE POLICY) | B | Interest | K | T | | | | | |
| 60. | | | | | | | | | |
| 61. PORTFOLIO II -- | | | | | | | | | |
| 62. | | | | | | | | | |
| 63. ABBOTT LABORATORIES (common stock) | A | Dividend | J | T | | | | | |
| 64. | | | | | | | | | |
| 65. ABBVIE, INC. (common stock) | A | Dividend | J | T | | | | | |
| 66. | | | | | | | | | |
| 67. EXXON MOBIL CORP. (common stock) | A | Dividend | J | T | | | | | |
| 68. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 03/31/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. 3-M CO. (common stock) | A | Dividend | K | T | | | | | |
| 70. | | | | | | | | | |
| 71. ALTRIA GROUP, INC. (common stock) | A | Dividend | J | T | | | | | |
| 72. | | | | | | | | | |
| 73. PHILIP MORRIS INTERNATIONAL, INC. (common stock) | B | Dividend | K | T | | | | | |
| 74. | | | | | | | | | |
| 75. KRAFT FOODS GROUP (common stock) | A | Dividend | J | T | | | | | |
| 76. | | | | | | | | | |
| 77. MONDELEZ INTL INC CL A (common stock) | A | Dividend | J | T | | | | | |
| 78. | | | | | | | | | |
| 79. NOVARTIS AG ADR (common stock) | A | Dividend | K | T | | | | | |
| 80. | | | | | | | | | |
| 81. SCH ADV RESRV PREM MONEY MARKET FUND | | None | J | T | | | | | |
| 82. | | | | | | | | | |
| 83. VERIZON COMMUNICATIONS (common stock) | D | Dividend | K | T | Spinoff (from line 128) | 02/21/14 | J | C | See Line 128 below. |
| 84. | | | | | | | | | |
| 85. CHEVRON CORPORATION (common stock) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 03/31/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | | | | | |
| 87. SCANA CORP. (common stock) | B | Dividend | K | T | | | | | |
| 88. | | | | | | | | | |
| 89. DuPONT E.I. deNEMOURS AND COMPANY (common stock) | B | Dividend | L | T | | | | | |
| 90. | | | | | | | | | |
| 91. AFLAC, INC. (common stock) | A | Dividend | J | T | | | | | |
| 92. | | | | | | | | | |
| 93. DISNEY WALT COMPANY (common stock) | A | Dividend | K | T | | | | | |
| 94. | | | | | | | | | |
| 95. AUTOMATIC DATA PROCESSING (common stock) | A | Dividend | K | T | | 10/01/14 | J | C | Spin-off to CDK Global, |
| 96. | | | | | | | | | Inc. See Line 97 below. |
| 97. CDK GLOBAL, INC. (common stock) | A | Dividend | J | T | Spinoff (from line 95) | 10/01/14 | J | | See Line 95 above. |
| 98. | | | | | | | | | |
| 99. TRANSOCEAN, INC. NEW (common stock) | A | Dividend | J | T | | | | | |
| 100. | | | | | | | | | |
| 101. HALLIBURTON COMPANY (common stock) | A | Dividend | K | T | | | | | |
| 102. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 03/31/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. DUKE ENERGY CORP NEW (common stock) | B | Dividend | L | T | Buy (add'l) | 03/31/14 | J | | |
| 104. | | | | | Buy (add'l) | 04/07/14 | J | | |
| 105. | | | | | | | | | |
| 106. THE SOUTHERN COMPANY (common stock) | B | Dividend | K | T | Buy (add'l) | 07/16/14 | K | | |
| 107. | | | | | | | | | |
| 108. AT&T, INC. (common stock) | B | Dividend | L | T | Buy (add'l) | 02/16/14 | K | | |
| 109. | | | | | | | | | |
| 110. DOMINION RESOURCES, INC. VA NEW (common stock) | B | Dividend | K | T | | | | | |
| 111. | | | | | | | | | |
| 112. BOARDWALK PIPELINE PARTNERS LP (Limited Partnership) | A | Distribution | J | T | | | | | |
| 113. | | | | | | | | | |
| 114. INTERNATIONAL BUSINESS MACHINES CORP. (common stock) | A | Dividend | | | Sold | 10/28/14 | J | C | |
| 115. | | | | | | | | | |
| 116. CATERPILLAR, INC. (common stock) | A | Dividend | | | Sold | 09/24/14 | J | A | |
| 117. | | | | | | | | | |
| 118. COLGATE-PALMOLIVE CO. (common stock) | A | Dividend | K | T | | | | | |
| 119. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 03/31/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. JOHNSON & JOHNSON (common stock) | A | Dividend | K | T | | | | | |
| 121. | | | | | | | | | |
| 122. UNION PACIFIC CORP. (common stock) | A | Dividend | K | T | | | | | |
| 123. | | | | | | | | | |
| 124. UNITED PARCEL SERVICE-B (common stock) | A | Dividend | K | T | | | | | |
| 125. | | | | | | | | | |
| 126. VISA, INC. CLASS A (common stock) | A | Dividend | L | T | | | | | |
| 127. | | | | | | | | | |
| 128. VODAFONE GROUP NEW ADR (common stock) | B | Dividend | J | T | | 02/21/14 | J | | Spin-off to Verizon. See |
| 129. | | | | | | | | | Line 83 above. |
| 130. | | | | | | | | | |
| 131. LINN ENERGY (Limited Partnership) | B | Distribution | J | T | | | | | |
| 132. | | | | | | | | | |
| 133. VANGUARD CORP BOND ETF (short-term corp. bond) | A | Dividend | K | T | | | | | |
| 134. | | | | | | | | | |
| 135. ISHARES SILVER TRUST (Silver Bullion) | | None | | | Sold | 02/18/14 | M | | |
| 136. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 03/31/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. NEW BUYS IN 2014: | | | | | | | | | |
| 138. MARATHON OIL CORP. (common stock) | A | Dividend | K | T | Buy | 10/28/14 | K | | |
| 139. | | | | | | | | | |
| 140. SILVER WHEATON CORP. (common stock) | B | Dividend | M | T | Buy | 02/18/14 | M | | |
| 141. | | | | | | | | | |
| 142. SCHW US SCAP ETF (common stock) | A | Dividend | J | T | Buy | 01/16/14 | J | | |
| 143. | | | | | | | | | |
| 144. SCHLUMBERGER LTD. (common stock) | A | Dividend | K | T | Buy | 03/31/14 | K | | |
| 145. | | | | | | Buy (add'l) | 07/01/14 | J | | |
| 146. END PORTFOLIO II -- | | | | | | | | | |
| 147. | | | | | | | | | |
| 148. PORTFOLIO III | | | | | | | | | |
| 149. | | | | | | | | | |
| 150. RETIREMENT ACCOUNT (self-directed): | | | | | | | | | |
| 151. | | | | | | | | | |
| 152. HELMERICH & PAYNE, INC.. (common stock) | B | Dividend | K | T | | | | | |
| 153. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 03/31/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. CHEVRON CORPORATION (common stock) | B | Dividend | K | T | | | | | |
| 155. | | | | | | | | | |
| 156. SCH ADV RESRV PREM MONEY MARKET FUND | | None | K | T | | | | | |
| 157. | | | | | | | | | |
| 158. PIEDMONT NATURAL GAS (common stock) | A | Dividend | K | T | | | | | |
| 159. | | | | | | | | | |
| 160. AGL RESOURCES, INC. (common stock) | A | Dividend | K | T | | | | | |
| 161. | | | | | | | | | |
| 162. SCANA CORPORTION (common stock) | B | Dividend | K | T | | | | | |
| 163. | | | | | | | | | |
| 164. THE SOUTHERN COMPANY (common stock) | B | Dividend | K | T | | | | | |
| 165. | | | | | | | | | |
| 166. DUKE ENERGY CORPORATION (common stock) | A | Dividend | K | T | | | | | |
| 167. | | | | | | | | | |
| 168. SPECTRA ENERGY CORP. (common stock) | A | Dividend | J | T | | | | | |
| 169. | | | | | | | | | |
| 170. CONOCOPHILLIPS (common stock) | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | | | | | |
| 172. PHILLIPS 66 (common stock) | A | Dividend | J | T | | | | | |
| 173. | | | | | | | | | |
| 174. JOHNSON AND JOHNSON (common stock) | A | Dividend | K | T | | | | | |
| 175. | | | | | | | | | |
| 176. AUTOMATIC DATA PROCESSING (common stock) | A | Dividend | K | T | | 09/30/14 | J | C | Spin-off to CDK Global, |
| 177. | | | | | | | | | Inc. See Line 179 below. |
| 178. | | | | | | | | | |
| 179. CDK GLOBAL, INC. (common stock) | A | Dividend | J | T | Spinoff (from line 176) | 09/30/14 | J | | See Line 176 above. |
| 180. | | | | | | | | | |
| 181. WALGREEN COMPANY (common stock) | A | Dividend | | | Merged (with line 183) | 12/31/14 | K | | See below. |
| 182. | | | | | | | | | |
| 183. WALGREEN BOOTS ALLIANCE (common stock) | | | K | T | | 12/31/14 | K | | See above Line 181 above |
| 184. | | | | | | | | | |
| 185. NORFOLK SOUTHERN CORP. (common stock | A | Dividend | K | T | | | | | |
| 186. | | | | | | | | | |
| 187. LOCKHEED MARTIN CORP. (common stock) | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 03/31/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | | | | | |
| 189. PAYCHEX, INC. (common stock) | A | Dividend | K | T | | | | | |
| 190. | | | | | | | | | |
| 191. WASTE MANAGEMENT INC. DEL (common stock) | A | Dividend | K | T | | | | | |
| 192. | | | | | | | | | |
| 193. DUPONT E.I. DE NEMOURS & COMPANY (common stock) | A | Dividend | K | T | | | | | |
| 194. | | | | | | | | | |
| 195. ELI LILLY & CO. (common stock) | A | Dividend | K | T | | | | | |
| 196. | | | | | | | | | |
| 197. VANGUARD SHORT TERM BOND (EXCHANGE TRADED FUND) | A | Dividend | L | T | | | | | |
| 198. | | Distribution | | | | | | | |
| 199. | | | | | | | | | |
| 200. COLGATE-PALMOLIVE CO. (common stock) | A | Dividend | J | T | | | | | |
| 201. | | | | | | | | | |
| 202. IBM CORP. (common stock) | A | Dividend | K | T | | | | | |
| 203. | | | | | | | | | |
| 204. INTEL CORP. (common stock) | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 03/31/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | | | | | |
| 206. UNION PACIFIC CORP. (common stock) | A | Dividend | K | T | | | | | |
| 207. | | | | | | | | | |
| 208. VERIZON COMMUNICATIONS (common stock) | B | Dividend | K | T | | | | | |
| 209. | | | | | | | | | |
| 210. NEW BUYS IN 2014: | | | | | | | | | |
| 211. SCHLUMBERGER LTD. (common stock) | A | Dividend | J | T | Buy | 07/01/14 | J | | |
| 212. | | | | | | | | | |
| 213. END PORTFOLIO III | | | | | | | | | |
| 214. | | | | | | | | | |
| 215. PULLIAM-MORRIS DECORATING COMPANY, INC. (common stock) | | None | L | W | | | | | |
| 216. | | | | | | | | | |
| 217. CMC ASSOCIATES (General Partnership) (one-half interest) | D | Rent | L | W | | | | | |
| 218. Columbia, SC Warehouse | | | | | | | | | |
| 219. | | | | | | | | | |
| 220. NATIONAL BANK OF SOUTH CAROLINA (pesonal checking account) | A | Interest | K | T | | | | | |
| 221. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. PORTFOLIO IV | | | | | | | | | |
| 223. | | | | | | | | | |
| 224. SCH ADV RESRV PREM MONEY MARKET FUND | | None | K | T | | | | | |
| 225. | | | | | | | | | |
| 226. SCANA CORPORATION (common stock) | B | Dividend | K | T | | | | | |
| 227. | | | | | | | | | |
| 228. THE SOUTHERN COMPANY (common stock) | B | Dividend | K | T | | | | | |
| 229. | | | | | | | | | |
| 230. DUKE ENERGY CORPORATION NEW (common stock) | B | Dividend | K | T | | | | | |
| 231. | | | | | | | | | |
| 232. SPECTRA ENERGY CORP. (common stock) | A | Dividend | J | T | | | | | |
| 233. | | | | | | | | | |
| 234. NOVARTIS AG ADR (common stock) | A | Dividend | K | T | | | | | |
| 235. | | | | | | | | | |
| 236. PEPSICO, INC. (common stock) | A | Dividend | K | T | | | | | |
| 237. | | | | | | | | | |
| 238. SCHLUMBERGER LTD. (common stock) | A | Dividend | K | T | Buy (add'l) | 07/01/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | | | | | |
| 240. CONOCO PHILLIPS (common stock) | B | Dividend | K | T | | | | | |
| 241. | | | | | | | | | |
| 242. PHILLIPS 66 (common stock) | A | Dividend | J | T | | | | | |
| 243. | | | | | | | | | |
| 244. DUPONT E.I. DE NEMOURS (common stock) | B | Dividend | K | T | | | | | |
| 245. | | | | | | | | | |
| 246. ELI LILLY & CO. (common stock) | A | Dividend | K | T | | | | | |
| 247. | | | | | | | | | |
| 248. ENERGY TRANSFER PARTNERS (Limited Partnership) | B | Distribution | K | T | | | | | |
| 249. | | | | | | | | | |
| 250. ABBOTT LABORATORIES (common stock) | A | Dividend | J | T | | | | | |
| 251. | | | | | | | | | |
| 252. ABBVIE, INC. (common stock) | A | Dividend | J | T | | | | | |
| 253. | | | | | | | | | |
| 254. CATERPILLAR, INC. (common stock) | A | Dividend | | | Sold | 09/24/14 | J | A | |
| 255. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 03/31/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. DOMINION RESOURCES, INC. VA NEW (common stock) | A | Dividend | K | T | | | | | |
| 257. | | | | | | | | | |
| 258. DOW CHEMICAL COMPANY (common stock) | A | Dividend | K | T | | | | | |
| 259. | | | | | | | | | |
| 260. INTEL CORP. (common stock) | A | Dividend | J | T | | | | | |
| 261. | | | | | | | | | |
| 262. UNITED PARCEL SERVICE-B (common stock) | A | Dividend | K | T | | | | | |
| 263. | | | | | | | | | |
| 264. UNION PACIFIC CORP. (common stock) | A | Dividend | K | T | | | | | |
| 265. | | | | | | | | | |
| 266. VISA, INC. CLASS A (common stock) | A | Dividend | L | T | | | | | |
| 267. | | | | | | | | | |
| 268. KINDER MORGAN ENERGY LP (Limited Partnership) | A | Distribution | | | Merged (with line 270) | 12/03/14 | K | | See below. |
| 269. | | | | | | | | | |
| 270. KINDER MORGAN, INC. (common stock) | | None | K | T | | 12/03/14 | K | | See Line 268 above. |
| 271. | | | | | | | | | |
| 272. LAB CP OF AMER HLDG NEW (common stock) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 03/31/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | | | | | |
| 274. TIME WARNER CABLE (common stock) | A | Dividend | K | T | | | | | |
| 275. | | | | | | | | | |
| 276. NEW BUYS IN 2014: | | | | | | | | | |
| 277. VERIZON COMMUNICATIONS (common stock) | B | Dividend | K | T | Buy | 03/31/14 | K | | |
| 278. | | | | | | | | | |
| 279. END PORTFOLIO IV | | | | | | | | | |
| 280. | | | | | | | | | |
| 281. PORTFOLIO V | | | | | | | | | |
| 282. | | | | | | | | | |
| 283. SEP IRA - MERRILL LYNCH - BANK OF AMERICA/CASH | | None | K | T | Open | 01/07/14 | J | | |
| 284. | | | | | | | | | |
| 285. VERIZON COMMUNICATIONS (common stock) | A | Dividend | K | T | Buy | 04/15/14 | K | | |
| 286. | | | | | | | | | |
| 287. END PORTFOLIO V | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HAMILTON, CLYDE H. | 03/31/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ CLYDE H. HAMILTON**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544